**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

KEVIN KURIMJAN,

Plaintiff,

v. No. 1:26-cv-02406-SCY

KYLE GONZALES,
KENT WAHLQUIST,
CATHERINE E. TAYLOR,
SAMUEL P. RUYLE,
FRANCELLA MONTOYA and
JOHN DOES 1-10,

Defendants.

**ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AS MOOT**

After *pro se* Plaintiff filed a short Application to Proceed in District Court Without Prepaying Fees or Costs, the Court ordered Plaintiff to file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) ("Long Form Application"). Doc. 4 (notifying Plaintiff that failure to timely file a Long Form Application may result in denial of his original Application to proceed *in forma pauperis*). Plaintiff did not file a Long Form Application by the August 17, 2026, deadline but instead paid the filing fee. Doc. 5. The Court thus denies Plaintiff's original Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2) as moot.

The Court reminds Plaintiff that he has an obligation to serve Defendants. *See* Fed. R. Civ. P. 4(c)(1) ("The plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m) and must furnish the necessary copies to the person who makes service"). Plaintiff also has an obligation to prosecute this case. *See* Fed. R. Civ. P. 41(b) ("If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move

to dismiss the action"); *Gustafson v. Luke*, 696 F. App'x 352, 354 (10th Cir. 2017) ("Although the language of Rule 41(b) requires that the defendant file a motion to dismiss, the Rule has long been interpreted to permit courts to dismiss actions *sua sponte* for a plaintiff's failure to prosecute or comply with the rules of civil procedure or court's orders.") (quoting *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003)).

**IT IS ORDERED** that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs, Doc. 2, filed July 24, 2026, is **DENIED as moot.**

Steve Yarbrough

**UNITED STATES MAGISTRATE JUDGE**