IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KEVIN KURIMJAN,

Plaintiff,

v. Case No.: 26cv2406 JFR/SCY

KYLE GONZALES, et al.

Defendants.

**ORDER TO SHOW CAUSE**

**THIS MATTER** comes before the Court *sua sponte*. Federal Rule of Civil Procedure 4(m) provides in part that

> [i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time.

Fed. R. Civ. P. 4(m). Plaintiff filed the Complaint on July 24, 2026. Doc. 1. The deadline to serve Defendants under Rule 4(m) expired on October 22, 2026.[1] However, the record reflects that summonses were issued on October 21, 2026, and Plaintiff did not serve Defendants.

**IT IS THEREFORE ORDERED** that, in order to avoid dismissal of this action, Plaintiff must either effect service or provide the Court with a written explanation showing good cause why service has not been made, on or before **November 9, 2026**.

Steve Yarbrough

UNITED STATES MAGISTRATE JUDGE

---

[1] Although Plaintiff is proceeding pro se, he is not proceeding *in forma pauperis*, and it is thus his responsibility to serve the complaint. *See* 28 U.S.C. § 1915(d) (providing that "officers of the court shall issue and serve all process" in cases where the plaintiff is proceeding in forma pauperis).